

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00406-CR

Ryan Monroe **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1657-CR-B
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. We ORDER appellant to file his brief on or before December 21, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court